IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**AVERY WILSON**                                                                                                      **PLAINTIFF**

**V.**                           **NO. 4:24-CV-119-DMB-JMV**

**WALMART INC., et al.**              **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the order issued this date, this case is dismissed with prejudice.

**SO ORDERED**, this 28th day of July, 2025.

                                                 **/s/Debra M. Brown**
                                                 **UNITED STATES DISTRICT JUDGE**